IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON L. McSHERIDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:12cv134-WHA |
| ) | (WO) |
| ROBERT BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On February 19, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 55).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1.   That the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2.   That the state defendants' motion for summary judgment as to the plaintiff's claims against them in their official capacities be and is hereby GRANTED and that these claims be and are hereby DISMISSED with prejudice;

3.   That the defendants' motions for summary judgment as to the plaintiff's claims for injunctive relief be and are hereby GRANTED and that these claims be and are hereby DENIED as moot;

4.   That the state defendants' motion for summary judgment as to the plaintiff's

claims for damages be and is hereby GRANTED and that these claims be and are hereby DISMISSED without prejudice;

5. That the medical defendants' motion for summary judgment be and is hereby GRANTED and that the plaintiff's claims against them be and are hereby DISMISSED with prejudice; and

6. That this case be and is hereby DISMISSED with costs taxed against the plaintiff.

Done this the 17th day of March, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE